USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/10/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
JADYN NEWMAN, an individual, and on behalf      :
of classes of similarly situated individuals,   :
                                                :
                              Plaintiff,        :    23-CV-3764 (VEC)
            -against-                           :
                                                :
AUDIENCEVIEW TICKETING CORPORATION              :
AND UNIVERSITYTICKETS.COM, INC.,                :
                                                :
                              Defendants.       :
-------------------------------------------------------------X
-------------------------------------------------------------X
RICHARD Z. TOLEDO, an individual, and on        :
behalf of classes of similarly situated individuals, :
                                                :
                              Plaintiff,        :
                                                :    23-CV-5626 (VEC)
            -against-                           :    ORDER
                                                :
AUDIENCEVIEW TICKETING                          :
CORPORATION AND                                 :
UNIVERSITYTICKETS.COM, INC.,                    :
                                                :
                              Defendants.       :
-------------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 10, 2023, case 23-CV-5626 was assigned to the Undersigned because it is related to case 23-CV-3764;

IT IS HEREBY ORDERED that, by not later than **Friday, July 14, 2023**, the parties in the above-captioned matters must show cause why these two cases should not be consolidated under Federal Rule of Civil Procedure 42.

**SO ORDERED.**

Date:  July 10, 2023                          _____
       New York, New York                     **VALERIE CAPRONI**
                                              **United States District Judge**