UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
RICHARD Z. TOLEDO, an individual, and on behalf of
classes of similarly situated individuals,

                        Plaintiff,   **Case No.: 1:23-cv-05626-VEC**

    -against-                     **NOTICE OF APPEARANCE**

AUDIENCEVIEW TICKETING CORPORATION
AND UNIVERSITYTICKETS.COM, INC.,

                        Defendants.
----------------------------------------------------------------------x

      PLEASE TAKE NOTICE that the undersigned has been retained as attorney for Defendants, Audienceview Ticketing Corporation and Universitytickets.Com, Inc. in the above-entitled action and hereby files this Notice of Appearance as their counsel. The undersigned requests that copies of all briefs, motions, orders, correspondence and other papers be electronically served upon Gordon & Rees, LLP, 1 Battery Park Plaza, 28th Floor New York, New York 10004.

Dated:      New York, New York
             July 14, 2023

                                               Respectfully submitted,

                                               GORDON REES SCULLY MANSUKHANI, LLP

                                               By:    /s/ John T. Mills, Esq.
                                               John T. Mills, Esq.
                                               1 Battery Park Plaza, 28th Floor
                                             New York, New York 10004
                                             (212) 269-5500 (Tel)
                                             (212) 269-5500 (Fax)
                                             jtmills@grsm.com

                                             *Attorneys for Defendants*
                                             *Audienceview Ticketing Corporation*
                                             *and Universitytickets.Com, Inc.*

TO:    All Counsel of Record via ECF

1316255/78382828v.1