

230 Park Avenue
Suite 358
New York, NY 10169

July 14, 2023

Hon. Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Newman v. Audience View Ticketing Corp.*, 23-cv-3764
              <u>*Toledo v. Audience View Ticketing Corp.*, 23-cv-5626</u>

Dear Judge Caproni:

      I am counsel for plaintiffs in the *Toledo* action and am writing to inform you that neither counsel in the *Toledo* action nor counsel in the *Newman* action objects to the consolidation of the two actions. Counsel in both actions are working cooperatively and anticipate submitting a stipulation for a lead counsel structure next week.

      Respectfully,

      <u>/s/Brian P. Murray</u>
      Brian P. Murray

      <u>/s/Kelly Grombacher</u>
      Kelly Grombacher
      Bradley/Grombacher LLP

cc: All counsel (via ECF)