USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2025

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JADYN NEWMAN, individually and on behalf of classes of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>AUDIENCEVIEW TICKETING CORPORATION and UNIVERSITYTICKETS.COM, INC.,<br><br>Defendants. | Case No.: 1:23-cv-03764-VEC |
| RICHARD Z. TOLEDO, individually and on behalf of classes of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>AUDIENCEVIEW TICKETING CORPORATION and UNIVERSITYTICKETS.COM, INC.,<br><br>Defendants. | Case No 1:23-cv-05626-VEC<br><br>CONSOLIDATED WITH 1:23-CV-03764-VEC |

### [PROPOSED] ORDER GRANTING CLASS COUNSEL'S MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARDS

Upon consideration of Class Counsel's Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Class Representative Service Awards (the "Motion"), the Memorandum of Law in support thereof, the declarations submitted in support of the Motion, and all other papers filed in connection with the Motion, and for good cause shown, the Court hereby ORDERS:

1

1. Class Counsel are awarded attorneys' fees and reimbursement of expenses in the amount of $103,385.27 ~~$130,500.00~~, representing 23.8% ~~30~~% of the $435,000.00 non-reversionary Settlement Fund. The Court finds that this fee award is fair and reasonable under the percentage-of-the-fund method commonly applied in the Second Circuit and is supported by the results achieved, the risks of litigation, and the time and resources invested by Class Counsel.

2. The Court approves Class Representative Service Awards in the amount of $2,500.00 ~~$3,500.00~~ each to Plaintiffs Jadyn Newman and Richard Toledo, to be payable from the Settlement Fund. These awards recognize their time, effort, and contributions to the litigation and settlement of this matter. The Court finds that these awards are modest and appropriate under the circumstances.

3. The Court finds that the requested attorneys' fees, litigation expenses, and service awards are fair and reasonable as modified for the reasons explained at the fairness hearing; the attorneys' fees and litigation expenses are consistent with the applicable legal standards and are within the range of reasonableness for complex class action litigation; and the service awards fairly compensate the Class Representatives for their dedication and contributions to this case.

4. The amounts awarded herein shall be paid from the Settlement Fund in accordance with the terms of the Settlement Agreement and this Court's Order Granting Final Approval.

IT IS SO ORDERED.

Dated: April 10, 2025

_____
The Honorable Valerie E. Caproni
United States District Judge

2